# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thorson, Becky R. | United States District Court, District of Minnesota | 06/26/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | | 6. Reporting Period |
|---|---|---|---|
| US Magistrate Judge, Full Time | ☐ Nomination    Date<br>☑ Initial   ☐ Annual   ☐ Final | | 01/01/2014<br>to<br>06/02/2015 |
| | 5b. ☐    Amended Report | | |

**7. Chambers or Office Address**

346 Warren E Burger Federal Building and US Courthouse
316 N Robert Street, Suite 346
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Bar Association, Minnesota Chapter |
| 2. | Board of Trustees | William Mitchell College of Law |
| 3. | Director | Friends of Children Foundation |
| 4. | Former Director | Disability Justice |
| 5. | Former Director | Twin Cities Diversity in Practice |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Robins Kaplan, LLP Defined Benefit Plan, former law firm, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 06/26/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Robins, Kaplan, Miller & Ciresi LLP, partnership income | $1,561,419.00 |
| 2. 2014 | Robins, Kaplan, Miller & Ciresi LLP, partnership income | $774,509.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ▨ salary |
| 2. 2015 | ▨ salary |
| 3. 2014 | ▨ fixed benefits from ▨ ESOP Dividends |
| 4. 2015 | ▨ , fixed benefits from ▨ ESOP Dividends |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 06/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express Company | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank,      common | C | Dividend | L | T | Exempt | | | | |
| 2. Wells Fargo Bank,      common | E | Distribution | L | T | Exempt | | | | |
| 3. Wells Fargo Bank, Accounts | B | Interest | O | T | Exempt | | | | |
| 4. National Financial Services LLC,    (Fidelity) | E | Dividend | O | T | Exempt | | | | |
| 5. National Financial Services LLC,    Option Plan (Fidelity) | | None | O | T | Exempt | | | | |
| 6. National Financial Services LLC,       (Fidelity) | A | Dividend | J | T | Exempt | | | | |
| 7. National Financial Services LLC,       Stock Unit (Fidelity) | | None | L | T | Exempt | | | | |
| 8. US Bank, Accounts | A | Interest | M | T | Exempt | | | | |
| 9. Robins, Kaplan , Miller & Ciresi LLP, Savings/Note Receivabl 12-31-14 | B | Interest | | | | | | | |
| 10. Robins Kaplan LLP Profit Sharing & Savings Plan:Fidelity (G) | | | | | | | | | |
| 11. - TRP New Income | B | Dividend | | | | | | | |
| 12. - TRP New Income | C | Distribution | | | | | | | |
| 13. - SPTN 500 Index Inst | D | Dividend | | | | | | | |
| 14. - SPTN 500 Index Inst | G | Distribution | | | | | | | |
| 15. - MSIF Mid Cap Grth I | D | Dividend | | | | | | | |
| 16. - MSIF Mid Cap Grth I | D | Distribution | | | | | | | |
| 17. - GS Midcap Value Inst | D | Dividend | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 06/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - GS Midcap Value Inst | C | Distribution | | | | | | | |
| 19. - FID Low Priced Stk K | B | Dividend | | | | | | | |
| 20. - FID Low Priced Stk K | D | Distribution | | | | | | | |
| 21. - FID Asset Mgr 50% | C | Dividend | | | | | | | |
| 22. - FID Asset Mgr 50% | D | Distribution | | | | | | | |
| 23. - FID Asset Mgr 20% | B | Dividend | | | | | | | |
| 24. - FID Asset Mgr 20% | C | Distribution | | | | | | | |
| 25. - Dodge & Cox Intl Stk | A | Dividend | | | | | | | |
| 26. - Dodge & Cox Intl Stk | B | Distribution | | | | | | | |
| 27. - Thornburg Int Val RS | C | Dividend | | | | | | | |
| 28. - Thornburg Int Val RS | C | Distribution | | | | | | | |
| 29. Robins Kaplan LLP Supplemental Retirement Plan Cash Surrender Value | C | Dividend | M | T | Exempt | | | | |
| 30. ▓▓▓ Retirement Account: (H1) | | | | | | | | | |
| 31. -▓▓▓ Fund | D | Dividend | M | T | Exempt | | | | |
| 32. - S&P 500 Stock Index Fund | D | Dividend | M | T | Exempt | | | | |
| 33. - Growth Stock Index Fund | D | Dividend | M | T | Exempt | | | | |
| 34. - Growth Stock Fund | E | Dividend | N | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - International Stock Fund | E | Dividend | N | T | Exempt | | | | |
| 36.  - Value Stock Index Fund | B | Dividend | | | | | | | |
| 37.  - Small Cap Stock Index Fund | B | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorson, Becky R. | 06/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII: Becky Thorson's retirement holdings consist of the Robins Kaplan LLP Supplemental Retirement Plan and the Robins Kaplan LLP Defined Benefit Pension Plan ( See Section II). The Supplemental Plan as of June 2, 2015 is valued at $143,799. This plan was funded by Robins Kaplan LLP. The Becky Thorson Supplemental Retirement Plan Trust ( a grantor trust) holds a Variable Universal Life Policy from the Minnesota Life Company. She has no control over this trust. The Cash Surrender Value of the policy funds the Supplemental Retirement Plan.

Section VII: The Robins Kaplan LLP Profit Sharing & Savings Plan (Fidelity) was rolled over into the Thrift Savings plan in March of 2015. Value of Robins Kaplan LLP Profit Sharing & Savings plan currently $0.

Section VII: The Robins, Kaplan, Miller & Ciresi LLP savings account/client note receivable has no value as of report date because she is no longer a partner at the law firm.

Section VII: National Financial Services (Fidelity) holds the _____ Plan. Theses shares when excercised are reportable through W2 earnings as Non-Qualified _____ earnings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Becky R. Thorson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544